In the Matter of the Transfer Tax upon the Estate of CHARLES F. WRIGHT, Deceased.

GEORGIANNA B. WRIGHT et al., Appellants; THE COMP-TROLLER OF THE STATE OF NEW YORK, Respondent.

*Matter of Wright*, 184 App. Div. 936, affirmed.
(Argued October 1, 1918; decided October 15, 1918.)

APPEAL from an order of the Appellate Division of the Supreme Court of the first judicial department, entered August 9, 1918, which affirmed an order of the New York County Surrogate's Court assessing a transfer tax upon the estate of Charles F. Wright, deceased. Mary E. Wright, the mother of Charles F. Wright,

died in 1900, domiciled and residing in Massachusetts, leaving a will probated in Massachusetts, and not elsewhere. A portion of her estate consisted of stock in New York corporations. Under the terms of her will she bequeathed certain property, including the above-mentioned stock in New York corporations, to trustees to pay the income to her son William J. Wright, and upon his death the said trustees were to divide the principal among the children of William J. Wright and in default of issue who can inherit it, " then I direct my said trustees to pay over, free and discharged of all trusts, the entire said trust estate to my beloved son Charles F. Wright." Charles F. Wright died December 27, 1909, a resident of Massachusetts, leaving a will and codicils probated in Massachusetts, and not elsewhere, and by his said will he disposed of all property including, as is conceded by the appellants, his interest in the remainder of the trust created by the will of his mother. William J. Wright died in 1912 without issue. The question was whether or not the interest of Charles F. Wright in the estate of his mother, both being non-residents and the will of neither being filed nor probated in New York, was property within the state of New York, that is, whether such property had *situs* here. (See 214 N. Y. 714.)

*Joseph F. McCloy* and *Daniel S. Remsen* for appellants.

*Schuyler C. Carlton* and *Lafayette B. Gleason* for respondent.

Order affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CHASE, COLLIN, CUDDEBACK, HOGAN, McLAUGHLIN and CRANE, JJ.